**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MICHAEL JOINTER, ) NO. CV 11-03138 R (SS)<br>)<br>Petitioner, )<br>)<br>v. ) | **JUDGMENT** |
| )<br>TIMOTHY BUSBY, ET AL., )<br>)<br>Respondents. )<br>) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 23, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE